460 A.2d 754

**CITIZENS NATIONAL BANK & TRUST CO., Appellant**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued May 23, 1983.

Decided May 31, 1983.

Edward T. Baker, Harrisburg, Alphonsus R. Romeika, Philadelphia, for appellant.

Vincent J. Dopko, Deputy Atty. Gen., for appellee.

Before ROBERTS, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order, 63 Pa.Cmwlth. 383, 437 A.2d 1327, affirmed.

NIX, J., did not participate in the consideration or decision of this case.